IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN CHARLES BRITTON, | |
| Plaintiff, | Case No. 6:19-cv-00007-YY |
| vs. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Plaintiff Steven Charles Britton brought this action seeking review of the

Commissioner's final decision denying his application for disability insurance benefits under the

Social Security Act. By stipulation of the parties, the Court reversed the Commissioner's

decision, remanded the case for further proceedings, and entered Judgment on February 11,

2020. Upon remand, the Commissioner found Plaintiff entitled to benefits beginning June 2015.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not

objected to the request. I have reviewed the record in this case, the motion, and the supporting

materials, including the award of benefits, the fee agreement with counsel, and the recitation of

counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S.

789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED,

and Plaintiff's counsel is awarded $20,058.88 in attorney's fees under 42 U.S.C. § 406(b). In

light of this order awarding fees under 42 U.S.C. § 406(b), Plaintiff's counsel shall reimburse

Plaintiff the $6,797.65 in attorney fees the Court previously awarded under the Equal Access to

Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED this <u>25th</u> day of <u>May</u> 2021.

        <u>/s/ Youlee Yim You</u>
        YOULEE YIM YOU
        United States Magistrate Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff